# United States District Court
## for the
### Western District of New York

**RECEIVED**
2017 MAR 22 PM 2:38
US MARSHALS SERVICE
WNY ROCHESTER

United States of America

v.

**CHRISTOPHER WILLIAMS,**

*Defendant*

Case No. 17-MJ-547

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay, **CHRISTOPHER WILLIAMS**, who is accused of an offense or violation based on the following document filed with the Court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

the defendant did knowingly and willfully possess a controlled substance with intent to distribute, in violation of Title 21, United States Code, Section 841(a); possess firearms in furtherance of a drug trafficking offense, in violation of Title 18, United States Code, Section 924(c); and possess a firearm by a convicted felon, in violation of Title 18, United States Code, Section 922(g).

Date: March 22, 2017

City and State: Rochester, New York

*Issuing officer's signature*

HONORABLE JONATHAN W. FELDMAN
UNITED STATES MAGISTRATE JUDGE
*Printed name and Title*

### Return

This warrant was received on *(date)* 3/22/17, and the person was arrested on *(date)* 3/23/17, at *(city and state)* Rochester NY.

Date: 3/23/17

*Arresting officer's signature*

Ryan Szweyblau ATF S/A
*Printed name and title*

This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.

*(Not for Public Disclosure)*

Name of defendant/offender: **CHRISTOPHER WILLIAMS**

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:


Last known employment:

Last known telephone numbers:

Place of birth: U.S.

Date of birth:
02/23/71
Social Security number:
**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 or 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 or 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**
Height:                                                              Weight:

Sex:                                                                   Race:
Male: X
Hair:                                                                  Eyes:

Scars, tattoos, other distinguishing marks:


History of violence, weapons, drug use:


Known family, friends, and other associates *(name, relations, address, phone number)*:


FBI number:    29649LA7

Complete description of auto:

Investigative agency and address:    **ATF Rochester; 100 Chestnut Street, Suite 1100
Rochester, NY 14604**

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:


Date of last contact with pretrial services or probation officer *(if applicable)*: