IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

17-MJ-547JWF

-v-

CHRISTOPHER WILLIAMS, /2 7442-055

Defendant

*RECEIVED 2017 MAR 24 AM 10:53 US MARSHALS SERVICE WNY ROCHESTER*

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

THE PRESIDENT OF THE UNITED STATES

TO: CHARLES F. SALINA, United States Marshal, Western District of New York, or his Deputies or Designees (including state or local Law Enforcement Officers); and any Federal Law Enforcement Officer

GREETINGS:

YOU ARE HEREBY COMMANDED to produce the body of CHRISTOPHER WILLIAMS now detained in the Monroe County Jail at Rochester, New York, before the Honorable Jonathan W. Feldman, United States Magistrate Judge, in and for the Western District of New York at the United States Courthouse in the City of Rochester, New York for a detention hearing on the 24th day of March, 2017, at 3:00 o'clock p.m. of said day, and thereafter said CHRISTOPHER WILLIAMS is to be returned to his place of confinement.

WITNESS, the Clerk of the Court for the Western District of New York, at Rochester, New York, this 24 day of March, 2017.

MARSHALS RETURN
I HAVE PARTIALLY/FINALLY EXECUTED
THIS WHCAP BY TAKING CUSTODY
OF THE WITHIN NAMED Inmate
AT MCJ ON 3-24-17
AND DELIVERING him TO Rochester
Fed Court FOR FURTHER TRANSFER TO
Returned State Custody
C.F. Salina
BY J. Serdula US MARSHAL
DUSM WDNY

MARY C. LOEWENGUTH, CLERK
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK